

Office of the Orleans Parish District Attorney

**Leon A. Cannizzaro, Jr.**
DISTRICT ATTORNEY

December 8, 2015

<u>VIA ECF</u>

The Honorable Karen Wells Roby
United States Magistrate Judge
United States Courthouse
500 Camp Street
New Orleans, Louisiana 70130

      RE:    Terry Francis Savoy v. Marlin Gusman
              Civ. No. 15-4906, Section "A" (4)

Dear Judge Roby:

      As evidenced below, a Deputy Clerk of the Louisiana Supreme Court has verified that Mr. Terry Savoy, the defendant in Orleans Parish Criminal District Court Case No. 522-211 "A," has filed no application for review in the Louisiana Supreme Court. I have the honor to remain

                                Yours faithfully,

                                Christopher J. Ponoroff

Verified this 8 day of December, 2015 by

      Katie R. Marjanovic, Deputy Clerk
      Louisiana Supreme Court

cc: Terry Francis Savoy, # 2395945, Orleans Parish Prison
    3000 Perdido Street, New Orleans, Louisiana 70119