UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TERRY FRANCIS SAVOY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-4906** |
| **MARLIN GUSMAN** | **SECTION "A"(4)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the State's Notice of Judgment, hereby rules as follows.

**IT IS ORDERED** that Terry Francis Savoy's **Motion for Partial Summary Judgment (Rec. Doc. No. 17)** is **DENIED**. Savoy's petition for the issuance of a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DISMISSED AS MOOT** because the basis of Savoy's confinement has been altered. After the magistrate judge issued her Report and Recommendation Savoy pleaded guilty in state court to the pending charges and he has now been sentenced. (Rec. Doc. 19, State's Notice of Judgment). As the State points out, because Savoy is now in custody pursuant to a state court judgment his claims are subject to the terms of 28 U.S.C. § 2254, including all of its exhaustion requirements.

April 7, 2016

_____
UNITED STATES DISTRICT JUDGE